O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6625 AHM (VBKx) | Date | December 15, 2009 |
|---|---|---|---|
| Title | CONCEPCION LINO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In light of the parties' agreement at yesterday's scheduling conference that this case be stayed pending the California Supreme Court's decision in *Brinker Restaurant Corp. v. Superior Court*, as well as the fact that this Court has already stayed two related cases (*Miguel Iniguez v. Evergreen Aviation Ground Logistics Enterprise, et al.*, No. cv07-7181-AHM and *Trujillo v. Evergreen Aviation Ground Logistics Enterprises, et al.*, No. cv07-7184-AHM) pending the *Brinker* decision, the Court STAYS THIS CASE for all purposes and removes the case from the Court's active calendar.

The parties shall file a joint status report beginning December 21, 2009 and every 13 weeks thereafter, describing the status of the *Brinker* case. The parties shall file separate status reports not later than 10 days after the Supreme Court decides *Brinker* setting forth their respective positions as to how this case should proceed in light of that decision.

|  | : |
|---|---|
| Initials of Preparer | SMO |